

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00017-CR

John Ray **THATCHER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0442
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 13, 2019.

_____
Beth Watkins, Justice